No. 71–6606. WETTEROFF ET AL. v. GRAND, TRUSTEE. C. A. 8th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 71–6869. DORADO ET AL. v. KERR, CHAIRMAN, CALIFORNIA ADULT AUTHORITY. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–64. DEMOULIN ET AL. v. CITY OF DENVER ET AL. Sup. Ct. Colo. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–145. NOLAND ET AL. v. DESOBRY. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–146. HUNTER, DBA COURIER v. UNITED STATES. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–198. MORTON INTERNATIONAL, INC. v. SOUTHERN PACIFIC TRANSPORTATION Co. Sup. Ct. Utah. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.